CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/11/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| PHILLIP B. FAULCONER, *Plaintiff*, v. CENTRA HEALTH, INC., *Defendant.* | CASE NO. 6:17-cv-00023<br><br>FINAL ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Defendant's motion for summary judgment is **GRANTED** and this case is **DISMISSED with prejudice**.

Entered this  11th  day of May, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE