CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/22/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

PHILLIP B. FAULCONER,

                *Plaintiff*,

v.

CENTRA HEALTH INC.,

                *Defendant*.

CASE NO. 6:17-cv-00023

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on the Report & Recommendation of U.S. Magistrate Judge Robert S. Ballou, Dkt. 99 ("R&R"), which recommended that this Court grant in part and deny in part Defendant Centra Health Inc.'s Motion for Bill of Costs, Dkt. 90, and that this Court tax as costs $3,378.11. Dkt. 99 at 6.

This Court referred Defendant's Motion for Bill of Costs to the Magistrate Judge for an R&R. Dkt. 97. After briefing had concluded, the Magistrate Judge held a hearing on Defendant's Motion. *See* Dkts. 90, 91, 93, 96, 98. The parties were advised of their right to file objections to the R&R within fourteen (14) days, Dkt. 99 at 6, and the docket reflected objections were due on June 15, 2020, Dkt. 99. Nonetheless, since the R&R has issued, no party has filed any objections. *See* Fed. R. Civ. P. 72(b)(2). When there are no objections to an R&R, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Advisory Committee Notes to Fed. R. Civ. P. 72; *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) ("In the absence of objection … we do not believe that it requires any explanation" for a

district judge to adopt a report and recommendation). The Court has reviewed the R&R and is satisfied that it is well reasoned and contains no such error.

The R&R is therefore **ADOPTED in full** (Dkt. 99); Defendant's Motion for Bill of Costs is **GRANTED IN PART and DENIED IN PART** (Dkt. 90); and **$3,378.11** in costs are taxed against Plaintiff.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order to all counsel of record.

ENTERED this  22nd  day of June, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE